1  Jeffrey R. Hall (9572)
   HUTCHISON & STEFFEN, PLLC
2  Peccole Professional Park
   10080 West Alta Drive, Suite 200
3  Las Vegas, NV 89145
   Tel:   (702) 385-2500
4  Fax:   (702) 385-2086
5
   *Counsel for The T&D Nevada Trust*
6

7              **UNITED STATES BANKRUPTCY COURT**

8                    **DISTRICT OF NEVADA**

9  | In re                          | Case No.: 17-12318-abl |
10 |                                | Chapter 7              |
   | DENNIS MITCHELL and            |                        |
11 | ANTOINETTE MITCHELL,           |                        |
                                    | **NOTICE OF APPEAL**   |
12 |            Debtors.            |                        |

15    T&D Nevada Trust ("T&D"), appeals under 28 U.S.C. § 158(a) and Rule 8001 of the

16 Federal Rules of Bankruptcy Procedure from the order of the bankruptcy judge, the Hon. August

17 B. Landis, granting *Creditor Donne Recovery, LLC's Motion to Enforce Settlement Agreement*

18 [ECF No. 424], entered in this bankruptcy proceeding on June 24th, 2020. A copy of such order

19 is attached hereto as "**Exhibit 1**."

20    The names of all parties to the order appealed from and the names, addresses, and

21 telephone numbers of their respective attorneys are as follows:

| **PARTIES**                               | **REPRESENTED BY**                      |
|-------------------------------------------|-----------------------------------------|
| Debtors                                   | Ryan J. Works, Esq.                     |
| Dennis Mitchell and Antoinette Mitchell   | Amanda M. Perach, Esq.                  |
|                                           | McDonald Carano LLP                     |
|                                           | 2300 West Sahara Avenue, Suite 1200     |
|                                           | Las Vegas, Nevada 89102                 |
|                                           | (702) 873-4100                          |
|                                           | rworks@mcdonaldcarano.com               |
|                                           | aperach@mcdonaldcarano.com              |
| Creditor – Appellee                       | Joseph Chora, Esq.                      |

| Donne Recovery, LLC | Paul Young, Esq.<br>Armen Manasserian, Esq.<br>Chora Young, LLP<br>2667 East Colorado Blvd., Suite B<br>Pasadena, CA 91107<br>(626) 744-1838<br>joseph@chorayoungllp.com<br><br>Jay D. Adkisson, Esq.<br>Adkisson PLLC<br>2505 Anthem Village Drive, Suite E599<br>Henderson, Nevada 89052<br>(702) 953-9617<br>jay@jayad.com<br><br>Steven B. Scow, Esq.<br>David R. Koch, Esq.<br>11500 South Eastern Avenue, Suite 210<br>Henderson, Nevada 89052<br>(702) 318-5040<br>sscow@kochscow.com<br>dkoch@kochscow.com |
|---|---|

DATED this 2nd day of July, 2020.

HUTCHISON & STEFFEN, PLLC

*/s/ Jeffrey R. Hall*

───────────────────────────
Jeffrey R. Hall (9572)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:  (702) 385-2500
Fax:  (702) 385-2086

*Counsel for The T&D Nevada Trust*

# **CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Hutchison & Steffen, LLC, and that on the 2nd day of July, 2020, I caused to be served a true and correct copy of the foregoing *NOTICE OF APPEAL* in the following manner: (ELECTRONIC SERVICE) Pursuant to FRCP 5-4, through the CM/ECF program, and the Court will make service of said document to the following CM/ECF registered user(s) through the CM/ECF program.

*/s/ Bobbie Benitez*
_____
An employee of Hutchison & Steffen, PLLC

**INTENTIONALLY LEFT BLANK
EXHIBIT PAGE ONLY**

# EXHIBIT 1



_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
June 24, 2020

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
\* \* \* \* \* \*

| | |
|---|---|
| In re: | Case No.: 17-12318-abl |
| DENNIS MITCHELL and ANTOINETTE MITCHELL, | Chapter 7 |
| Debtors. | Hearing Date: June 15, 2020 |
| | Hearing Time: 3:00 p.m. |

**ORDER GRANTING MOTION TO ENFORCE SETTLEMENT AGREEMENT**

On June 15, 2020, the court issued its oral ruling on a Motion to Enforce Settlement Agreement ("Motion") (ECF No. 424).[1] The Motion was filed on behalf of Donne Recovery, LLC ("Creditor").

At the June 15, 2020 hearing, attorneys Steven B. Scow, Jay D. Adkisson, and Paul P. Young appeared telephonically on behalf of the Creditor. Attorney Jeff Hall appeared telephonically on behalf of the T&D Nevada Trust (the "Trust"). Other appearances were noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on June 15, 2020, those findings of fact and conclusions of law are incorporated

---

[1] In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned bankruptcy case as they appear on the docket maintained by the Clerk of the Court.

into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable in this contested matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052.

For the reasons stated on the record:

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Dennis E. Mitchell and Antoinette Mitchell ("Debtors") and the Trust shall take any and all actions necessary to provide counsel for Creditor with original, signed, recordable, enforceable deeds of trust encumbering the Sulpher Mountain Property and the White Lane Property, in a form satisfactory to Creditor's counsel, **within ten (10) calendar days after this Order is entered on the Court's docket**.

**IT IS FURTHER ORDERED** that, in the absence of timely compliance with the provisions of the preceding paragraph of this Order by Debtors and/or the Trust, upon Creditor's filing of an *ex parte* application confirming such non-compliance, the Court will appoint an elisor as a remedy for the ongoing failure and refusal by the Debtors and the Trust to comply with the terms of the Settlement Agreement.

**IT IS FURTHER ORDERED** that the remittitur issued by the California Court of Appeals on February 13, 2020,[2] is a remittitur sufficient to satisfy the provisions of Paragraph 2(h) of the Settlement Agreement that is the subject of the Motion.

**IT IS FURTHER ORDERED** that as the result of a material, incurable, and continuing breach of the Settlement Agreement by Debtors and the Trust, Creditor is discharged from any legal duty under the Settlement Agreement to continue to forbear from enforcement of the judgment held by Creditor that is referenced in the Settlement Agreement.

Copies sent to all parties via CM/ECF Electronic Filing.

### #

---

[2] For clarity and avoidance of any doubt, a copy of the remittitur referenced in this Order can be found on this Court's docket at ECF 426, p. 124 of 129.

Ryan J. Works, Esq. (NSBN 9224)  
Amanda M. Perach, Esq. (NSBN 12399)  
McDONALD CARANO LLP  
2300 West Sahara Avenue, Suite 1200  
Las Vegas, Nevada 89102  
Telephone: (702) 873-4100  
rworks@mcdonaldcarano.com  
aperach@mcdonaldcarano.com  

*Attorneys for Debtors*

*Electronically Filed July 6, 2020*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DENNIS MITCHELL and<br>ANTOINETTE MITCHELL,<br><br>Debtors. | Case No.: 17-12318-abl<br>Chapter 7<br><br>**JOINDER TO NOTICE OF APPEAL** |

      Joining Debtors Dennis Mitchell and Antoinette Mitchell ("Debtors"), by and through their undersigned counsel, hereby files this Joinder to T&D Nevada Trust's ("T&D") *Notice of Appeal* (the "Appeal").

      DATED this 6th day of July, 2020.

                                      McDONALD CARANO LLP

                                      By: */s/ Ryan J. Works*  
                                          Ryan J. Works, Esq. (NSBN 9224)  
                                          Amanda M. Perach, Esq. (NSBN 12399)  
                                          2300 West Sahara Avenue, Suite 1200  
                                          Las Vegas, Nevada 89102  
                                          rworks@mcdonaldcarano.com  
                                          aperach@mcdonaldcarano.com  

                                          *Attorneys for Debtors*

Jeffrey R. Hall (9572)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086

*Counsel for The T&D Nevada Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>DENNIS MITCHELL and<br>ANTOINETTE MITCHELL,<br><br>Debtors. | Case No.: 17-12318-abl<br>Chapter 7<br><br>**STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT PURSUANT TO RULE 8005 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** |

Appellant The T&D Nevada Trust ("T&D") hereby elects, pursuant to 28 U.S.C. §§ 158(a) and (c)(1) and Rule 8005 of the Federal Rules of Bankruptcy Procedure, to have its appeal from this Court's *Order Granting Motion To Enforce Settlement Agreement,* entered on June 24th, 2020 (the "Order") [Bankr. Dkt. 449], heard by the United States District Court for the District of Nevada rather than by the U.S. Bankruptcy Appellate Panel for the Ninth Circuit.

DATED this 6th day of July, 2020.

HUTCHISON & STEFFEN, PLLC

*/s/ Jeffrey R. Hall*

Jeffrey R. Hall (9572)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
*Counsel for The T&D Nevada Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Hutchison & Steffen, LLC, and that on the 6th day of July, 2020, I caused to be served a true and correct copy of the foregoing *STATEMENT OF ELECTION* in the following manner: (ELECTRONIC SERVICE) Pursuant to FRCP 5-4, through the CM/ECF program, and the Court will make service of said document to the following CM/ECF registered user(s) through the CM/ECF program.

*/s/ BOBBIE BENITEZ*

An employee of Hutchison & Steffen, PLLC