1  Jeffrey R. Hall (9572)
   HUTCHISON & STEFFEN, PLLC
2  Peccole Professional Park
   10080 West Alta Drive, Suite 200
3  Las Vegas, NV 89145
   Tel:   (702) 385-2500
4  Fax:   (702) 385-2086

5  *Counsel for The T&D Nevada Trust*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.: 20-CV-01266-RFB |
| | Ap No.: 20-08 |
| DENNIS MITCHELL and | |
| ANTOINETTE MITCHELL, | |
| | **MOTION TO DISMISS APPEAL** |
| Debtors. | |

T&D Nevada Trust ("T&D") move this Court to voluntarily dismiss above captioned appeal pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure. On March 16, 2021, counsel for T&D communicated with counsel for Donne Recovery, LLC, and Dennis and Antoinette Mitchell, the parties in interest in this Appeal, announcing Appellants' intention to move the Court to dismiss the appeal. Appellants do not anticipate any objections to the Motion. Appellant has not filed an opening brief and has determined that it is in its best interests to dismiss the appeal. The Appellant will bear its own costs associated with the appeal.

DATED this 17th day of March, 2021.

HUTCHISON & STEFFEN, PLLC

*/s/ Jeffrey R. Hall*
_____
Jeffrey R. Hall (9572)
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Counsel for The T&D Nevada Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Hutchison & Steffen, LLC, and that on the 17th day of March, 2021, I caused to be served a true and correct copy of the foregoing **MOTION TO DISMISS APPEAL** in the following manner: (ELECTRONIC SERVICE) Pursuant to FRCP 5-4, through the CM/ECF program, and the Court will make service of said document to the following CM/ECF registered user(s) through the CM/ECF program.

*/s/ Bobbie Benitez*
_____
An employee of Hutchison & Steffen, PLLC